James L. Brochin
212 378 7503
jbrochin@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

April 19, 2021

**<u>Via ECF</u>**

The Honorable Edward S. Kiel
United States Magistrate Judge
District of New Jersey
Martin Luther King Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   ***Investigroup, LLC v. Sentinel Insurance Co.,*** **Case No.: 2:20-cv-07441-BRM-ESK**

Dear Judge Kiel:

      We represent defendant in the above-captioned matter. I, too, write to apologize to the Court for missing the status conference this morning. I mistakenly wrote down the wrong time on my to do list for today and therefore dialed in 30 minutes late. We will, of course, make ourselves available at the Court's convenience if the Court wishes to reschedule the conference.

      Respectfully,

      /s James L. Brochin

      James. L. Brochin

cc:   Counsel of Record (via ECF)